Jon H. Weiner, OSB#99394
jon@vameswang.com
VAMES AND WANG
600 NW Fariss Rd., Ste 118
Gresham, OR 97030
Tel: (503) 399-7001
Fax: (503) 573-8373
Attorney for Plaintiff

Michael Porter, P.C.,
OSB#003560
mike.porter@millernash.com
Souvanny Miller OSB# 176163
souvanny.miller@millernash.com
MILLER NASH LLP
US Bancorp Tower
111 SW Fifth Ave, Ste 3400
Portland, OR 97204
Tel: (503) 224-5858
Fax: (503)224-0155
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JON BISHOP, an individual, | Case No. 3:21-CV-00594-IM |
| Plaintiff, | |
| v. | **STIPULATED JUDGMENT OF DISMISSAL** |
| PORTLAND STATE UNIVERSITY, a public body, dba UNIVERSITY PLACE HOTEL AND CONFERENCE CENTER | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(ii), the parties, through their undersigned counsel, stipulate to the dismissal of this action with prejudice and without costs or attorneys' fees to any party.

**Page 1– STIPULATED JUDGMENT OF DISMISSAL**

IT IS SO STIPULATED:

DATED: April 11, 2022

        VAMES AND WANG

        By *S/Jon H. Weiner*
        Jon H. Weiner, OSB#99394
        Attorney for Plaintiff

DATED: April 11, 2022

        MILLER NASH LLP

        By *S/Michael Porter*
        Michael Porter, OSB #003560
        Attorney for Defendant

        By *S/Souvanny Miller*
        Souvanny Miller, OSB#174163
        Attorney for Defendant

## ORDER

Based on the foregoing stipulation, it is hereby

ORDERED AND ADJUDGED that the above-entitled action is hereby dismissed with prejudice and without costs or attorneys' fees to any party.

_____
The Honorable Karin J. Immergut
United States District Court Judge